UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JOHN BROWN LEWIS, IV,<br><br>   Petitioner,<br><br>v.<br><br>BOARD OF PARDONS AND PAROLES,<br><br>   Respondent. | No. 1:23-CV-00210-H |

### JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice.

Dated July 22, 2024.

_____
JAMES WESLEY HENDRIX
United States District Judge